IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | : : : | 1: 14-cv-00049 |
| Plaintiff, | : : | Hon. John E. Jones III |
| v. | : : | |
| MARTI B. SCALIA, | : : | |
| Defendant. | : | |

## ORDER

### December 9, 2014

In accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Strike Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 24) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Doc. 18) is **GRANTED**.

3. It is further **ORDERED** that Plaintiff has no obligation to defend or indemnify Marti B. Scalia in the underlying action captioned *Alexander v. Scalia*, No. 2010-1787, in the Pennsylvania Court of Common Pleas for Huntingdon County, under State Farm Homeowners Policy No. 38-LC-9279-8.

4.      The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
